JOHN McDONELL *versus* AUGUSTUS PORTER, BENJAMIN BAR-
TON AND NATHANIEL SILL, MERCHANTS TRADING UNDER
THE FIRM OF PORTER, BARTON & CO.

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion to quash certiorari
*p. 188; (2) continued *p. 254; (3) certiorari quashed *p. 370; (4) cer-
tiorari quashed *p. 376.
PAPERS IN FILE: (1) Recognizance; (2) writ of certiorari; (3) transcript of
county court record; (4) sheriff's bill of fees.
*Office Docket*, MS p. 119, c. 20. (Case 72 of 1820)

JEDEDIAH MESSENGER *versus* JOHN B. COOK

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 188.
PAPERS IN FILE: (1) Writ of habeas corpus and allowance; (2) transcript
of J. P. record; (3) precipe for discontinuance.
*Office Docket*, MS p. 120, c. 23. Recorded in *Book A*, MS pp. 102–106.